**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CALIFORNIA EQUITY
MANAGEMENT GROUP, INC.**                                                    **PLAINTIFF**

**v.**                          **Case No. 3:13-cv-00227 KGB**

**INDEPENDENT BANK et al.**                                                  **DEFENDANTS**

## ORDER

On October 24, 2013, defendant Independent Bank filed a notice of removal of this action from the Circuit Court of Crittenden County, Arkansas, to this Court. On October 4, 2013, before the action was removed from state court, the Circuit Court of Crittenden County, Arkansas, Civil Division, ordered the Crittenden County Circuit Clerk to receive into the registry of that court the monthly lease payments from Coast to Coast Medical, LLC, and F&H Ventures, LLC, for account of the above-styled matter.

Because of this action's removal from state court, the Crittenden County Circuit Clerk is directed to deposit the monthly lease payments it received from Coast to Coast Medical, LLC, and F&H Ventures, LLC, regarding this action into the registry of this Court. Further, Coast to Coast Medical, LLC, and F&H Ventures, LLC, are directed to deposit future monthly lease payments directly into the registry of this Court. Checks must be made payable to "Clerk, United States District Court for the Eastern District of Arkansas," and must reference the case number.

The Clerk of this Court is directed to accept these funds for deposit, invest them in an interest bearing account until additional orders from the Court, and to deduct from the income earned on the investment a fee not to exceed that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

IT IS SO ORDERED this 31st day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE