IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CALIFORNIA EQUITY
MANAGEMENT GROUP, INC.                                              PLAINTIFF

v.                    Case No. 3:13-cv-00227 KGB

INDEPENDENT BANK et al.                                             DEFENDANTS

## ORDER

Before the Court is defendant Independent Bank's request for an emergency hearing (Dkt. No. 23). The Court grants Independent Bank's request and will conduct a hearing on April 18, 2014, at 9:30 a.m. in Courtroom 4C at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201.

IT IS SO ORDERED this 14th day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE