**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CALIFORNIA EQUITY
MANUAL GROUP, INC.**                                                                    **PLAINTIFF**

v.                    Case No. 3:13-cv-00227 KGB

**INDEPENDENT BANK et al.**                                                                 **DEFENDANTS**

## ORDER

By prior Order, the Court directed the parties to meet and confer regarding an amount sufficient to maintain the property if distributed from the interpleaded funds held in the Court's registry and to file subsequently a status report on the issue (Dkt. No. 30). The parties have filed a status report concerning interpleader and agreed request for disbursements from interpleader account (Dkt. No. 38). Based on the parties' agreements as explained in the status report, the Clerk of the Court is directed to: (1) immediately release funds from the registry account to defendant RJ Investments, LLC, in the amount of $12,561.32 for previous expenses related to the parcel; (2) remit monthly payments from the registry account to RJ Investments in the amount of $1,080.00 by the 10th of each month; and (3) remit payment in the amount of $9,037.59 on October 1, 2014, directly to the Crittenden County Tax Collector, Ellen Foote, located at 250 Pine Street, Suite 2, Marion AR, 72364.

IT IS SO ORDERED this 5th day of August, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE