**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CALIFORNIA EQUITY**
**MANAGEMENT GROUP, INC.**                                                                 **PLAINTIFF**

v.                                    Case No. 3:13-cv-00227-KGB

**INDEPENDENT BANK, et al.**                                                               **DEFENDANTS**

**AGREED ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY**
**DISMISSAL WITH PREJUDICE AND**
**DIRECTING DISBURSEMENT OF FUNDS HELD IN REGISTRY OF COURT**

Before the Court on the date set forth below comes Plaintiff's Motion for Voluntary Dismissal with Prejudice (Docket No. 57). In said Motion, Plaintiff (1) requested that the Court dismiss all claims pending in this matter with prejudice and (2) relinquished any and all claims Plaintiff may have to any funds held in the Registry of the Court pursuant to the Court's Order dated October 24, 2013.

Having considered said Motion, the Court hereby adjudges, finds and orders that Plaintiff's Motion be GRANTED and DISMISSES all claims raised, or which could have been raised, in this action WITH PREJUDICE.

Further, the Court hereby orders and directs the Clerk of the Court to immediately disburse all funds currently held in the Registry of the Court related to Case No. 3:13-cv-00227-KGB to Separate Defendant R J Investments, LLC, by and through its counsel of record in this matter, Thomas B. Staley, of Eichenbaum Liles P.A., 124 W. Capitol Ave., Suite 1900, Little Rock, Arkansas, 72201-3717.

IT IS SO ORDERED this 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:


 __/s/ Mark W. Hodge_____
Mark W. Hodge, AR Bar 97205
CHISENHALL, NESTRUD & JULIAN, P.A.
400 W. Capitol, Suite 2840
Little Rock, Arkansas 72201
Telephone: (501) 372-5800
Facsimile:  (501) 372-4941
mhodge@cnjlaw.com
COUNSEL FOR SEPARATE DEFENDANT
INDEPENDENT BANK

AGREED TO FORM BY:


 __/s/ Michael B. Phillips_____
Michael B. Phillips
MOFFITT & PHILLIPS, PLLC
Counsel to CALIFORNIA EQUITY MANAGEMENT GROUP, INC.


 _/s/ Thomas B. Staley_____
Mr. Thomas B. Staley
EICHENBAUM LILES P.A
Counsel to R J INVESTMENTS, LLC and JIM A. CURTIS


 _/s/ Kevin A. Crass_____
Mr. Kevin A. Crass
FRIDAY, ELDREDGE & CLERK, LLP
Counsel to MICHAEL F. RAFFERTY, TRUSTEE


 _/s/ Tom Donaldson_____
Mr. Tom Donaldson
DONALDSON LAW FIRM, PLC
Counsel to COAST TO COAST MEDICAL, LLC; F & H VENTURES, LLC